## UNITED STATES DISTRICT COURT
### District of Maine

| | |
|---|---|
| STEPHEN ROBINSON, | ) |
|     Plaintiff | ) |
| v. | ) Civil No. 09-233-P-S |
| WARDEN, NORTHERN NH CORRECTION FACILITY, | ) |
|     Defendant | ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on June 18, 2009, her Recommended Decision (Docket No. 5). Plaintiff filed his Objection to the Recommended Decision (Docket No. 6) on June 24, 2009.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a _de novo_ determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. It is hereby **ORDERED** that Plaintiff's 28 U.S.C. § 2254 Petition (Docket No. 1) is **DISMISSED**.

3.   It is hereby **ORDERED** that no certificate of appealability shall issue in the event a notice of appeal is filed because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. § 2254(c)(2).

/s/George Z. Singal
U.S. District Judge

Dated: July 7, 2009